AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN MILTON NAGEL | ) Case No. 15-3435-BLG |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 1-18, 2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 877 | Mailing threatening communications from a foreign country; The defendant did knowingly deposit in any post office for mail matter of a foreign country a communication addressed to a person within the United States, for the purpose of having such communication delivered by the post office establishment of such foreign country to the Postal Service and by it delivered to such addressee in the United States, containing a threat to injure the person of the addressee, in violation of Title 18, United States Code, Section 877. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stephanie M. Viegas, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/05/2015

_____
*Judge's signature*

City and state: Miami, FL

Barry L. Garber, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, STEPHANIE M. VIEGAS, first being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation, assigned to the Miami Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is an officer of the United States who is empowered by law to conduct investigations of, and/or to make arrests for violations of federal law. I have been a Special Agent with the FBI for 18 ½ years and have been assigned to the Miami Division since July 30, 2006. I have received specialized training in the identification and investigation of Weapons of Mass Destruction and Counterterrorism. I have attended schools and training seminars dealing with Hazardous Materials, Weapons of Mass Destruction, terrorism investigations, evidence recovery, and electronic and physical surveillance.

2. This affidavit is submitted in support of a criminal complaint for the arrest of JOHN MILTON NAGEL (NAGEL) who did knowingly deposit in a post office for mail matter of a foreign country a communication addressed to a person within the United States, for the purpose of having such communication delivered by the post office establishment of such foreign country to the Postal Service and by it delivered to such addressee in the United States, containing a threat to injure the person of the addressee, in violation of Title 18, United States Code, Section 877.

3. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of the FBI. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause for a criminal complaint.

1

## PROBABLE CAUSE

4. On September 1, 2015, Mexican authorities advised the FBI that an unidentified white, male (UWM) attempted to mail 3 letters from the Palacio Postal post office located at Avenida Tacauba No-1, Col. Centro, Delegacion Cuauhtemoc, Mexico City, Mexico. As the UWM turned in the letters, a postal employee noticed that there was white powder coming from the letters and that the UWM was being very cautious in his handling of the letters, which he had taken out of a plastic bag. Mexican Postal Inspector "A.M." confronted the UWM, advising the UWM that he would not be able to mail the letters until he could show the contents of the letters. However, the letters had already been sealed. The UWM indicated that the powder was "bicarbonate." Thereafter, "A.M." denied service to the UWM. "A.M." noted that the UWM did not speak Spanish very well.

5. The UWM then attempted service at three additional windows of the same post office. At one window he purchased an unknown number of stamps and exited the post office. Once outside of the post office, the UWM was observed by "A.M." depositing the letters into an outside mail box at the post office. "A.M." took photographs of the UWM as he was leaving the post office, which revealed that he was a white, male, approximately 35 years old, approximately 6'2", with blonde hair. The UWM was also photographed outside the post office unlocking a folding type light blue bike that had been secured to a pole. These photos were later shared with both the U.S. Embassy and the FBI. An administrator at the post office then unlocked the mailbox that the UWM had used to deposit letters and retrieved the letters. The letters were given to "A.M." who placed them into a plastic bag and took possession. "A.M." noticed that white powder fell from the letters and settled at the bottom of the bag.

6. Shortly thereafter, "A.M.," who was accompanied by his colleague, Mexican Postal Inspector "J.H.," took the letters to the distribution center. At approximately 4:00 p.m., while walking to their vehicle, "A.M." and "J.H." noticed that the same blue bike that the UWM had was locked to a post on a street located at Gante-Venustiano Garranza, which was approximately five or six blocks away from the post office.

7. Further examination of the letters in question revealed that they were addressed to the following notable American Citizens as follows: 1) Chris Christie, Governor, Office of the Governor, PO Box 001, Trenton, N.J. 8625, EEUU; 2) Loretta Lynch, Attorney General, Justice Department, 950 Pennsylvania Avenue NW, Washington, D.C. 20530, EEUU; 3) John McCain, Senator, United State Senate, 218 Russell Senate Office Building, Washington, D.C. 20510, EEUU.

8. Mexican Post Office security personnel thereafter submitted the three retrieved letters to a laboratory associated with the Mexican Postal Inspector's office for testing. Laboratory results from a report dated September 2, 2015, indicated that the unknown substance emanating from the envelopes was found to be bicarbonate mixed with salts, similar to "Carrageenan," which is commonly used to preserve food.

9. Thereafter, on September 17, 2015, Mexican postal employees identified 14 additional letters found in a mail box in the same post office that expelled white powder when handled. Like the first three letters, the mailing address on each letter was typewritten and there was no return address provided. Addressees included Anderson Cooper, Congresswoman Debbie Wasserman-Schultz, FBI Director James Comey, Jesse Ventura, Meg Whitman, and Presidential candidates Ben Carson and Carly Fiorina, among others.

10. The next day, on September 18, 2015, postal employees identified 20 additional letters found in a mail box outside the same post office that similarly expelled white powder when

3

handled. Like the first and second set of letters, the mailing address on each letter was typewritten and there was no return address provided. This time, addressees included former U.S. Presidents George H.W. Bush and Bill Clinton, presidential candidates Hillary Clinton, Donald Trump, and Jeb Bush, T.V. commentator Bill O'Reilly, and Congresswoman Nancy Pelosi, among others.

11.   On October 18, 2015, FBI personnel traveled to Mexico City to take custody of the envelopes from the Mexican officials. FBI personnel thereafter photographed and took possession of 31 of the 37 envelopes and transported them to National Bioforensic Analysis Center located in Fort Detrick, Maryland, for further laboratory testing.

12.   Analysis revealed that the letters were negative for threat panel agents, and were each four pages in length. The first page read "FREE SAMPLE OF EXECUTIVE TOOTH POWDER - ACTIVATES WITH HYDROGEN PEROXIDE. DO NOT SWALLOW! H2O2 MAY BE POISONOUS IF SWALLOWED DON'T PANIC, EVACUATE OR CALL 911...or there will be consequences... Mathew 13:49". The title on the second page reads "DEAR KLEPTOCRATS: EXPLOSIVE CIA LETTER INDICTS US POLITICAL CLASS." The letter claims to be from a rogue senior CIA officer and makes reference to the United States government and politicians that are corrupt. The letter mentions his travels to include breaking up a CIA drug ring in Mexico. On page three his letter reads "I can bear that stigmata - I made a blood sacrifice for you all. The point of this was just to tell you all that I know things about you. And if you're in the loop, you already know who I am." Page four reads "I know you're not Angels; and it's up to you how you will finally be judged. If you want me, I am easy to find. That's the password. I am happy to say that I think I have work on the other side. One thing I won't miss is AM radio. THE SINGULARITY IS NOW. Soon everyone will be tuning in. Sorry if this is confusing. You have to be a bona fide kleptocrat to understand its true meaning."

13.     On November 4, 2015, JOHN MILTON NAGEL, was arrested by Mexican Officials for the Mexican equivalent of disorderly conduct by verbally assaulting a Mexican Law Enforcement Official outside the United States Embassy.  NAGEL, a white, male, 6'4" with blonde hair and blue eyes, was thereafter positively identified by Special Agent Corey M. Hubbert, the FBI's assistant legal attache' in Mexico City assigned to the U.S. Embassy, as the UWM who had been photographed by Mexican postal officials after he had attempted mail the suspicious letters inside the post office in Mexico City.   Agent Hubbert had previously received and reviewed the photographs of the UWM and identified him as NAGEL when the latter was arrested at the U.S. Embassy.

## **CONCLUSION**

14.     Based upon the foregoing, your affiant submits that there is probable cause to believe that JOHN MILTON NAGEL did knowingly deposit in any post office for mail matter of a foreign country a communication addressed to a person within the United States, for the purpose of having such communication delivered by the post office establishment of such foreign country to

the Postal Service and by it delivered to such addressee in the United States, containing a threat to injure the person of the addressee, in violation of Title 18, United States Code, Section 877.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Stephanie M. Viegas
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me in
Miami, Florida this 5 day of November, 2015.

_____
HON. BARRY L. GARBER
U.S. MAGISTRATE JUDGE

6